UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                                                  :

DAESHAWN MCCRAY,
                                                                                                  :

                Plaintiff,                                                    ORDER
                                                                                                  :

               -v.-                                                        21 Civ. 9051 (PAE)(GWG)
                                                                                                :

WARDEN CARTER, et al,
                                                                                                  :

               Defendants.
                                                                                                 :
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      On May 20, 2022, defendants filed a motion to dismiss.  See Motion to Dismiss, filed May 20, 2022 (Docket # 16).  If plaintiff wishes to pursue this case, plaintiff must file an opposition to the motion to dismiss by June 21, 2022.  Failure to respond to the motion to dismiss may, by itself, result in dismissal.

      Plaintiff may file the opposition by email by sending it in pdf form to Temporary_Pro_Se_Filing@nysd.uscourts.gov.  In the alternative, the response may be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY 10007.  Defendants' reply, if any, shall be filed on or before June 28, 2022.

      The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures.

      SO ORDERED.

Date:  May 24, 2022
          New York, NY

                                                                      GABRIEL W. GORENSTEIN
                                                                     United States Magistrate Judge